UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| vs. | § | CRIMINAL NO. |
| | § | |
| ISAURA HERNANDEZ-LOZANO, | § | H 12 -136 |
| aka Isaura Hernandez, | § | |
| aka Isaura L. Hernandez, | § | |
| aka Isaura Lozano Hernandez, | § | |
| | § | |
| Defendant. | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### Count One

On or about March 24, 2009, in the Houston Division of the Southern District of Texas,

**ISAURA HERNANDEZ-LOZANO,**
**aka Isaura Hernandez,**
**aka Isaura L. Hernandez,**
**aka Isaura Lozano Hernandez,**

defendant herein, an alien who previously had been denied admission, excluded, deported, and removed from the United States after having been convicted of an aggravated felony, knowingly and unlawfully was present in the United States when found in Houston, Texas, without having obtained consent before March 2003, from the Attorney General of the United States to reapply for admission into the United States; and without having obtained corresponding consent after February 2003, from the Secretary of the Department of Homeland Security pursuant to 6 U.S.C. §§ 202(3) and (4) and 6 U.S.C. § 557.

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

A TRUE BILL:

Original Signature on File
_____
FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
United States Attorney

By: _____
MIKE SCHULTZ
Assistant United States Attorney