# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES OF AMERICA

v.

Isaura Hernandez–Lozano

Case No.: 4:12–cr–00136
Judge Keith P Ellison

Defendant

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Keith P Ellison

**PLACE:**
Courtroom 3B
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 4/20/12

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Re–Arraignment Hearing


Date:   April 3, 2012

David J. Bradley, Clerk