THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

\* \* \* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | \* | Houston, Texas |
| | \* | March 20, 2012 |
| VS. | \* | |
| | \* | 2:03 p.m. – 2:15 p.m. |
| JOSE MAUEL MENDOZA-HERNANDEZ | \* | NO. 12-CR-132 |
| **ISAURA HERNANDEZ-LOZANO** | **\*** | **NO. 12-CR-136** |
| FRANKLIN PERALTA-MARTINEZ | \* | NO. 12-CR-144 |
| VICENTE DIAZ-MARCELO | \* | NO. 12-CR-155 |

\* \* \* \* \*

**INITIAL APPEARANCE / ARRAIGNMENT**

BEFORE THE HONORABLE NANCY K. JOHNSON
UNITED STATES MAGISTRATE JUDGE

\* \* \* \* \*

**THIS TRANSCRIPT HAS BEEN FURNISHED AT PUBLIC EXPENSE UNDER THE CRIMINAL JUSTICE ACT AND MAY BE USED ONLY AS AUTHORIZED BY COURT ORDER. UNAUTHORIZED REPRODUCTION WILL RESULT IN AN ASSESSMENT AGAINST COUNSEL FOR THE COST OF AN ORIGINAL AND ONE COPY AT THE OFFICIAL RATE.
General Order 94-15, United States
District Court, Southern District of Texas**

Proceedings recorded by electronic sound recording
Transcript produced by transcription service

*GLR TRANSCRIBERS*
9251 Lynne Circle
Orange, Texas 77630 \* 866-993-1313

```
 1  APPEARANCES:

 2  For the United States:

 3       MR. HAYS JENKINS
         U.S. Attorney's Office
 4       P.O. Box 61129
         Houston, Texas 77208-1129
 5
    For Defendants:
 6
         MR. GERARDO HARRY GONZALES
 7       Attorney at Law
         1001 Texas Avenue, Suite 1400
 8       Houston, Texas 77002

 9  Court Interpreter:

10       STAFF INTERPRETER

11  Electronic Recorder:

12       EBONEE MATHIS

13

14

15

16

17

18

19

20

21

22

23

24

25
```

*GLR TRANSCRIBERS*
9251 Lynne Circle
Orange, Texas 77630 * 866-993-1313

```
 1                    P R O C E E D I N G S
 2                    2:02 p.m. - March 20, 2012
 3              THE COURT:  All right, good afternoon,
 4   everyone.  Please be seated.
 5              All right, this is the United District
 6   Court for the Southern District of Texas.  I'm
 7   Magistrate Judge Nancy Johnson.
 8              Let me call for initial appearance,
 9   United States vs. Jose Manuel Mendoza-Hernandez, Isaura
10   Hernandez-Lozano, Franklin Peralta-Martinez, and Vicente
11   Diaz-Marcelo.
12              MR. JENKINS:  Good afternoon, Your Honor, Hays
13   Jenkins for the United States.
14              MR. GONZALES:  Harry Gonzales for the
15   defendants, Your Honor.
16              THE COURT:  Mr. Diaz, stand on the end next to
17   Mr. Gonzales, because I have you all, I think -- I'm
18   trying to get you organized -- in an order at least I
19   understand.
20              Sir, on the far right-hand side, you are
21   Mr. Mendoza-Hernandez; correct?
22              DEFENDANT MENDOZA-HERNANDEZ:  Yes.
23              THE COURT:  And then we have Mr.[sic]
24   Hernandez-Lozano.
25              DEFENDANT HERNANDEZ-LOZANO:  Yes.
```

```
 1              THE COURT:  And then Mr. Peralta-Martinez?
 2  Yes.
 3              And then on the end, Mr. Diaz-Marcelo.
 4              DEFENDANT DIAZ-MARCELO:  Marcelo.
 5              All right, good afternoon.  Have each of
 6  you received a copy of the indictment in your case?
 7              DEFENDANT MENDOZA-HERNANDEZ:  Yes.
 8              DEFENDANT HERNANDEZ-LOZANO:  Yes.
 9              DEFENDANT PERALTA-MARTINEZ:  Yes.
10              DEFENDANT DIAZ-MARCELO:  Yes.
11              THE COURT:  All right, let's go over the
12  charge.
13              Mr. Mendoza-Hernandez, you are charged with
14  illegally re-entering the United States after you were
15  convicted of a felony and then deported.  The penalty
16  range that you face is up to 10 years in prison and up
17  to a $250,000 fine.
18              Do you understand the charge?
19              DEFENDANT MENDOZA-HERNANDEZ:  I don't have all
20  of that money to pay with.
21              THE COURT:  That is not the point.  The point
22  is that that is a potential fine.  The point is do you
23  understand the charge?
24              DEFENDANT MENDOZA-HERNANDEZ:  Yes, but I don't
25  have any money.
```

```
 1            THE COURT:  That is noted.
 2            Next, Mr.[sic] Hernandez-Lozano, you are
 3  charged with illegally re-entering the United States
 4  after you were convicted of an aggravated felony and
 5  then deported.  The penalty range that you face is up to
 6  20 years in prison and up to a $250,000 fine.
 7            Do you understand the charge?
 8            DEFENDANT HERNANDEZ-LOZANO:  Yes.
 9            THE COURT:  Mr. Peralta-Martinez, you are
10  charged with illegally re-entering the United States
11  after you were convicted of an aggravated felony and
12  then deported.  The penalty range that you face is up to
13  20 years in prison and up to a $250,000 fine.
14            Do you understand the charge?
15            DEFENDANT PERALTA-MARTINEZ:  Yes.
16            THE COURT:  And Mr. Diaz-Marcelo, you are
17  charged with illegally re-entering the United States
18  after you were deported.  The penalty range that you
19  face is up to two years in prison and up to a $250,000
20  fine.
21            Do you understand the charge?
22            DEFENDANT DIAZ-MARCELO:  Yes.
23            THE COURT:  In addition to the penalties I've
24  just stated, Mr. Diaz, you face up to one year
25  supervised release, the other three of you face up to
```

```
 1  three years supervised release, and a $100 special
 2  assessment.
 3              Now, with respect to your charge, each of
 4  you has the right to remain silent and not make any
 5  statement.  If you choose to make a statement, it can be
 6  used against you.  Do each of you understand that?
 7              Mr. Mendoza-Hernandez, do you understand?
 8          DEFENDANT MENDOZA-HERNANDEZ:  Yes.
 9          THE COURT:  Isaura Hernandez-Lozano, do you
10  understand?
11          DEFENDANT HERNANDEZ-LOZANO:  Yes.
12          THE COURT:  Mr. Peralta-Martinez, do you
13  understand?
14          DEFENDANT PERALTA-MARTINEZ:  Yes.
15          THE COURT:  And Mr. Diaz-Marcelo, do you
16  understand?
17          DEFENDANT DIAZ-MARCELO:  Yes.
18          THE COURT:  Each of you also has the right to
19  be represented by an attorney at all stages of this
20  criminal proceeding.  If you cannot afford an attorney,
21  one will be appointed for you.  I have reviewed your
22  financial information, I have found that each of you
23  qualifies for appointed counsel, and I have appointed
24  Mr. Gonzales to represent each of you in your cases.
25              Now, Mr. Jenkins, what is your motion on
```

1  bond?

2  MR. JENKINS:  Your Honor, may it please the
3  Court.  We would move to detain each of the individuals
4  before this Court.  None have legal status in the United
5  States, each presents a flight risk, and detainers have
6  been filed in each case.

7  THE COURT:  Mr. Gonzales, what do your clients
8  wish to do?

9  MR. GONZALES:  They are awaiting the detention
10 hearing, Your Honor.

11 THE COURT:  And have all the forms been signed?

12 MR. GONZALES:  Yes, they have.

13 THE COURT:  Very well.  Then with respect to
14 all four of you, the Court finds that you present a
15 serious risk of flight and you will be detained in
16 Marshal custody while that matter is pending.  I'm sure
17 Mr. Gonzales explained to you the effect of the
18 detainer.  That is, even if you could convince me that
19 you had ties to the community and that you were
20 bondable, you would be released from this courthouse
21 into that ICE detainer where you would be held in
22 custody and not get a bond; and importantly, you would
23 not get credit for time served.  So, by waiving the
24 detention hearing and going into Marshal custody, you
25 have opted for the better of two bad choices.

```
 1                    Now, Mr. Gonzales, are your clients ready
 2   to proceed to arraignment?
 3           MR. GONZALES:  Yes, Your Honor.
 4           THE COURT:  Do you wish to waive formal reading
 5   of the charges on their behalf?
 6           MR. GONZALES:  We do, Your Honor.
 7           THE COURT:  Then, as to you,
 8   Mr. Mendoza-Hernandez, how do you plead, guilty or not
 9   guilty?
10           DEFENDANT MENDOZA-HERNANDEZ:  Not guilty.
11           THE COURT:  A plea of "not guilty" will be
12   entered.  Your case was assigned to Judge Gilmore.  She
13   set your trial for May 29th at 1:30, and she asks that
14   you and the lawyers sign the form in front of you.
15                    Mr. Jenkins, why don't you go first and
16   sign that form.
17           MR. JENKINS:  Yes, Your Honor, I am signing it.
18           THE COURT:  On the screen, on the tablet.
19           MR. JENKINS:  Oh, on the tablet.  I haven't
20   seen that hi-tech, Judge.  Is this the pen you use for
21   this?
22           THE COURT:  It is.
23           MR. JENKINS:  Okay.  I feel honored.
24           THE COURT:  Just don't make any little happy
25   smiley faces.  One of your colleagues did.
```

```
 1            MR. JENKINS:  Oh, really?  He's been fired.
 2            [Pause]
 3            MR. GONZALES:  It's been signed, Your Honor.
 4            THE COURT:  All right.  Why don't we get the
 5  copies distributed.
 6            Sir, do you have any questions about
 7  anything we have discussed?
 8            DEFENDANT MENDOZA-HERNANDEZ:  Yes, but I want
 9  you to deport me as fast as possible because I'm never
10  going to be coming back.
11            THE COURT:  Let me just say this.  You probably
12  will be deported, but only after you have been
13  prosecuted and served your time for this particular
14  charge, all right?  I'm sure you can talk to your lawyer
15  about that.  All right, you may have a seat.
16            All right.  Ms. Hernandez-Lozano, to the
17  charge, how do you plead, guilty or not guilty?
18            DEFENDANT HERNANDEZ-LOZANO:  Not guilty.
19            THE COURT:  A "not guilty" plea will be
20  entered.  Your case was assigned to Judge Ellison.  He
21  has set your trial for May 7 at 9:00, along with other
22  dates, and he asks that you and the lawyers sign the
23  form.
24            [Pause]
25            MR. GONZALES:  It's been signed, Your Honor.
```

```
 1              THE COURT:  All right.  Do you have any
 2  questions about anything we've discussed?
 3              DEFENDANT HERNANDEZ-LOZANO:  No.  I will get
 4  in touch with the attorney so that he will lead me.
 5              THE COURT:  Very well.  All right.  Thank you.
 6              Mr. Peralta-Martinez, to the charge, how do
 7  you plead, guilty or not guilty?
 8              DEFENDANT PERALTA-MARTINEZ:  Not guilty.
 9              THE COURT:  A "not guilty" plea will be
10  entered.  Your case was assigned to Judge Hittner.  He's
11  set May 22nd at 10:00 for your trial, along with other
12  dates, and he asks that you and the lawyer sign the
13  form.
14          [Pause]
15              MR. GONZALES:  It's been signed, Your Honor.
16              THE COURT:  All right, sir, do you have any
17  questions about anything we've discussed?
18              DEFENDANT PERALTA-MARTINEZ:  No, thank you.
19              THE COURT:  All right.  Then you may have a
20  seat.  Good luck to you.
21              Mr. Diaz, to the charge, how do you plead,
22  guilty or not guilty?
23              DEFENDANT DIAZ-MARCELO:  Not guilty.
24              THE COURT:  A "not guilty" plea will be
25  entered.  Your case was assigned to Judge Ellison.  He's
```

*GLR TRANSCRIBERS*
9251 Lynne Circle
Orange, Texas 77630 * 866-993-1313

```
 1  set your trial for May 7 at 9:00 a.m., and he asks that
 2  you and the lawyer sign the form.
 3              [Pause]
 4          MR. GONZALES:  It's been signed, Your Honor.
 5          THE COURT:  All right.  Sir, do you have any
 6  questions about anything we've discussed?
 7          DEFENDANT DIAZ-MARCELO:  No.
 8          THE COURT:  Then you may have a seat.  Good
 9  luck to you.
10          MR. GONZALES:  May I be excused, Your Honor?
11          THE COURT:  You may be excused.
12          MR. GONZALES:  Thank you.
13          THE COURT:  Thank you for coming.
14              [2:15 p.m. – Proceedings adjourned]
15
16              C E R T I F I C A T I O N
17
18    I certify that the foregoing is a correct
19  transcript of the electronic sound recording of the
20  proceedings in the above-entitled matter.
21
22
23  /s/ Gwen Reed
24  9-9-12
25
```